## Graham *ads.* Storey.

IN this cafe, no attorney having been retained for the defendant, the declaration was ferved by being put up in the clerk's office; on the 19th day afterwards, the plaintiff's attorney received a notice of retainer, but having ferved the declaration in the above manner, he did not confider himfelf bound to ferve it *de novo*, and no plea having been put in, he entered judgment for default in pleading. And now

*Hopkins* for defendant moved to fet it afide, infifting that by the Rules he had a right to a fervice of the declaration on himfelf *de novo*, after notice given of his retainer.

*Bleecker, contra,* objeĉted, becaufe it would be to allow a defendant to take advantage of his own negligence, and thereby obtain double the time ufually allowed to plead.

*Per Curiam.* If a declaration is ferved by being put up in the clerk's office, and an attorney for defendant appears at any time within the 20 days, he is entitled to fervice *de novo.*

Motion granted.